UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEE MORTENSEN, | No. 2:16 cv 02187 MCE AC |
| Petitioner, | |
| v. | ORDER |
| BUTTE COUNTY SUPERIOR COURT, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. He has not, however, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a certified copy of his prison trust account statement or the proper filing fee.

Additionally, the court notes that the proper respondent in a habeas corpus action is the petitioner's custodian. See 28 U.S.C. § 2242; Rumsfeld v. Padilla, 542 U.S. 426, 435-36 (2004). Petitioner has named the Butte County Superior Court as the respondent in this action. Accordingly, the court will substitute the Warden of the Deuel Vocational Institution – K. Seibel, as respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

////

| | |
|---|---|
| 1 | In accordance with the foregoing, IT IS HEREBY ORDERED that: |
| 2 | 1. Petitioner shall submit, within thirty days after the filing date of this order, a |
| 3 | certified copy of his prison trust account statement for the six-month period immediately |
| 4 | preceding the filing of the complaint or the proper filing fee. |
| 5 | 2. K. Seibel, Warden of the Deuel Vocational Institution, is substituted as respondent |
| 6 | to this action. |
| 7 | DATED: June 9, 2017 |

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE